**Alejandro MONTES MONTES; et al., Petitioners,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

**No. 07–71690.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 16, 2010.*

Filed Feb. 24, 2010.

Suite L, Santa Ana, CA, Fabian C. Serrato, for Petitioners.

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Hillel Smith Fax, U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, D.C., for Respondent.

Before: FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

MEMORANDUM **

Alejandro Montes Montes and Jenny Segura Adame, natives and citizens of Mexico, petition for review of the Board of Immigration Appeals' ("BIA") order denying their motion to reopen based on ineffective assistance of counsel. We have

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

jurisdiction pursuant to 8 U.S.C. § 1252. We review for abuse of discretion the BIA's denial of a motion to reopen. *Singh v. Gonzales,* 491 F.3d 1090, 1095 (9th Cir. 2007). We deny the petition for review.

Petitioners filed their sixth motion to reopen untimely, 8 C.F.R. § 1003.23(b)(4)(ii), and failed to establish that they exercised due diligence so as to warrant equitably tolling the statutory filing deadline and numerical bar, *see Singh,* 491 F.3d at 1096–97.

**PETITION FOR REVIEW DENIED.**

\** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.